AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Samuel Redea GEBRE<br>*Defendant(s)* | Case No. 2:20-mj-315 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 17, 2020 (GPT)** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(viii) | knowingly and intentionally possessed with intent to distribute in excess of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Christopher L. Ellison, DEA
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: 4/29/2020

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*